UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RASHEEM TYRIK BUIE, ESMERALDA :
FORTUNATO and JONATHAN A. BROWN, :
NATURAL GUARDIAN OF SALMA :
BALBINA CASTERJON : 23-cv-6474 (SHS)
VAZQUEZ, :
                Plaintiffs, :
: ORDER
   -against- :
:
FAHIM LOGISTICS LLC and BAD SHAH :
NOOR DOR BAD SHAH, :
                Defendants. :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On August 11, 2023, defense counsel filed defendants' Declaration in Opposition to Order to Show Cause, contending that "Defendant BAD SHAH NOOR DORBAD SHAH has still not been formally served with the Summons and Complaint." (ECF No. 8 at ¶ 15.)

    Plaintiffs are HEREBY ORDERED to file, on or before August 28, 2023, an affidavit of service of the Summons and Complaint on defendant Bad Shah Noor Dorbad Shah.

    Defense counsel is HEREBY ORDERED to forward a copy of this Order to plaintiffs' counsel.

Dated: New York, New York
August 17, 2023

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.