UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

RASHEEM ATYRIK BUIE, ESMERALDA         :         23-cv-6474 (SHS)
FORTUNATO, and JONATHAN A. BROWN,
Natural Guardian of Balbina Casterjon Vasquez,    :

                    Plaintiffs,        :         **ORDER**

        -against-                    :

FAHIM LOGISTICS LLC, and BAD SHAH       :
NOOR DOR BAD SHAH
                              :
                    Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial conference having been held today by telephone, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.      The last day for completion of fact discovery is February 23, 2024;

      2.      There will be a mid-discovery status conference on February 23, 2024, at 10:00 a.m.; and

      3.      The last day for completion of expert discovery is May 17, 2024.

Dated: New York, New York
        November 29, 2023

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.