UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RASHEEM ATYRIK BUIE, ESMERALDA : 23-cv-6474 (SHS)
FORTUNATO, and JONATHAN A. BROWN,
Natural Guardian of Balbina Casterjon Vasquez, :

              Plaintiffs, : <u>ORDER</u>

    -against- :

FAHIM LOGISTICS LLC, and BAD SHAH :
NOOR DOR BAD SHAH
                                          :
              Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendants [ECF Doc. No. 15],

    IT IS HEREBY ORDERED that there will be a telephone conference on Friday, December 22, at 11:00 a.m. via MS Teams. The parties shall call 646-453-4442 and use conference id: 92941712# to join the call.

Dated: New York, New York
        December 21, 2023

                                      SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.