UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RASHEEM ATYRIK BUIE, ESMERALDA : 23-cv-6474 (SHS)
FORTUNATO, and JONATHAN A. BROWN,
Natural Guardian of Balbina Casterjon Vasquez, :

                Plaintiffs, : <u>ORDER</u>

    -against- :

FAHIM LOGISTICS LLC, and BAD SHAH :
NOOR DOR BAD SHAH
                 :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A telephone conference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. The last day for fact discovery is extended to April 19, 2024;

2. The last day for expert discovery is extended to July 19, 2024; and

3. The February 23, 2024, conference is adjourned to March 21, 2024, at 2:30 p.m.

Dated: New York, New York
       December 22, 2023

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.