UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RASHEEM TYRIK BUIE, ESMERALDA :
FORTUNATO and JONATHAN A. BROWN, :
NATURAL GUARDIAN OF SALMA :
BALBINA CASTERJON : 23-cv-6474 (SHS)
VAZQUEZ, :
         Plaintiffs, :
                          : <u>ORDER</u>
   -against- :
                          :
FAHIM LOGISTICS LLC and BAD SHAH :
NOOR DOR BAD SHAH,
         Defendants. :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Having held a pretrial conference today with counsel for all parties present, the Court HEREBY ORDERS:

1. On or before April 11, 2024, plaintiffs are directed to respond to defendants' first request for production of documents, dated December 13, 2023, and defendants' first set of interrogatories, dated December 14, 2023.

2. On or before April 4, 2024, plaintiffs are directed to provide the minor's authorization for release of medical records and medical records for all services rendered at the hospital at which two plaintiffs were treated as a result of the accident.

3. If plaintiffs fail to provide the document and interrogatory responses set forth above, the Court will consider imposing discovery sanctions.

4. This action is referred to Magistrate Judge Sarah L. Cave for general pretrial purposes.

5. The last day for expert discovery and fact discovery shall be determined by Magistrate Judge Cave.

Dated: New York, New York
March 21, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.