UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and
JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD
SHAH,

Defendants.

CIVIL ACTION NO. 23 Civ. 6474 (SHS) (SLC)

**ORDER SCHEDULING
IN-PERSON CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement.  All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

A case management conference is scheduled for **Tuesday, April 16, 2024 at 10:00 a.m.**, in Courtroom 18A, 500 Pearl Street, New York, New York.  The parties shall promptly meet and confer and, by **April 9, 2024**, file a joint letter proposing a schedule for the completion of fact and expert discovery.  To the extent the parties disagree about any portion of the proposed schedule, they may set forth their respective proposals without argument.

Dated:     New York, New York
            March 22, 2024

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**