UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

                  Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,

                  Defendants.

CIVIL ACTION NO. 23 Civ. 6474 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 22, 2024, the Court scheduled a case management conference for April 16, 2024 (the "Conference"), and directed the parties to promptly meet and confer and file by April 9, 2024 a joint letter (the "Letter") proposing a schedule for the completion of fact and expert discovery. (ECF No. 20 (the "Mar. 22 Order")). On April 9, 2023, Defendants filed a letter stating that they attempted several times to meet and confer with Plaintiffs' counsel, but Plaintiffs' counsel never responded. (ECF No. 21 at 2). Defendants also stated that Plaintiffs have failed to comply with the Honorable Sidney H. Stein's directive to provide by April 4, 2024 certain medical-record authorizations relating to the minor Plaintiff. (Id.; see ECF No. 18). Defendants request a Court conference "to address the plaintiffs['] failures to comply with their discovery obligations and the Court's Orders and directives or, alternatively, to grant leave so that the defendants can formally move for sanctions including preclusion or the dismissal of this case." (ECF No. 21 at 3 (the "Request")).

The Request is DENIED WITHOUT PREJUDICE to renewal, if appropriate. The Court will afford Plaintiffs one final opportunity to comply with the Mar. 22 Order. The parties shall promptly meet and confer and, by **April 12, 2024**, file the Letter proposing a schedule for the

completion of fact and expert discovery.  To the extent the parties disagree about any portion of the proposed schedule, they may set forth their respective proposals <u>without argument</u>.

At the Conference, Plaintiffs shall be prepared to discuss the alleged discovery failures raised in the Request.

The Clerk of Court is respectfully directed to close ECF No. 21.

Dated:     New York, New York
           April 10, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

2