UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

                Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6474 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed counsel's responses (ECF Nos. 28; 29 (together, the "Responses")) to the Court's April 16, 2024 Order to Show Cause (ECF No. 26 (the "OTSC")), the Court orders as follows:

1. The Responses resolve the OTSC.

2. By **April 26, 2024**, Defendants shall file a letter confirming their receipt of the discovery that the Court directed Plaintiffs to produce by April 23, 2024 (see ECF No. 27 ¶ 1) and that Plaintiffs claim to have produced on that date. (ECF No. 29 at 1–2).

The Clerk of Court is respectfully directed to close ECF Nos. 28 and 29.

Dated:     New York, New York
           April 24, 2024

                                  SO ORDERED.

                                  _____
                                  SARAH L. CAVE
                                  **United States Magistrate Judge**