UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

               Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,

               Defendants.

CIVIL ACTION NO.: 23 Civ. 6474 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 24, 2024, the Court directed Defendants to file by April 26, 2024 a letter (the "Letter") confirming their receipt of the discovery that the Court directed Plaintiffs to produce by April 23, 2024 (see ECF No. 27 ¶ 1) and that Plaintiffs claim to have produced on that date (ECF No. 29 at 1–2). (See ECF No. 30 ¶ 2). Defendants did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendants to file the Letter by **April 30, 2024**.

Dated:      New York, New York
            April 29, 2024

                                           SO ORDERED.

                                           _____
                                           **SARAH L. CAVE**
                                           **United States Magistrate Judge**