UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

                Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6474 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will address the issues raised in the parties' April 30, 2024 letters (ECF Nos. 32; 33) at the in-person conference scheduled for May 13, 2024 (see ECF No. 27 ¶ 3).

Dated:    New York, New York
           May 1, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**