UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,

                Plaintiffs,

-v-

FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6474 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 25, 2024, having been advised that Plaintiffs Esmeralda Fortunato and Salma Catrejon Vasquez (together, the "Settling Plaintiffs") have reached a settlement with Defendants, the Court directed the Settling Plaintiffs and Defendants (together, the "Settling Parties") to file a stipulation of dismissal (the "Stipulation") for the attention of the Honorable Sidney H. Stein by July 25, 2024. (ECF No. 39 ¶ 1). The Settling Parties failed, however, to file the Stipulation by the Court-ordered deadline. As a one-time courtesy, the Court _sua sponte_ extends this deadline, and directs the Settling Parties to file the Stipulation by **August 16, 2024**.

Dated:    New York, New York
            August 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**