UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO and JONATHAN A. BROWN, NATURAL GUARDIAN OF SALMA BALBINA CASTERJON VAZQUEZ, | : : : : : | 23-cv-6474 (SHS) |
| Plaintiffs, | : | |
| | : | ORDER |
| -against- | : : | |
| FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH, | : : | |
| Defendants. | : | |

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Magistrate Judge Cave, having been informed by the parties on June 25, 2024 that two plaintiffs had reached a settlement with defendants, directed the parties to file a stipulation of dismissal. (ECF Nos. 39, 40.)

The parties did so on August 9, 2024. (ECF No. 41.) However, the stipulation of dismissal must dismiss the two plaintiffs with prejudice and without costs. In addition, the Court will not accept jurisdiction to enforce a settlement it has not seen.

The parties are directed to file a stipulation of dismissal of the two plaintiffs with prejudice and without costs on or before August 16, 2024.

Dated: New York, New York
    August 13, 2024

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.