UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEEM TYRIK BUIE, ESMERALDA FORTUNATO, and JONATHAN A BROWN, Natural Guardian of S.B.C.V.,<br><br>               Plaintiffs,<br><br>  -v-<br><br>FAHIM LOGISTICS LLC and BAD SHAH NOOR DOR BAD SHAH,<br><br>              Defendants. | CIVIL ACTION NO. 23 Civ. 6474 (SHS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On June 25, 2024, the Court extended until August 12, 2024 the deadline for completion of fact discovery "for the sole purpose of allowing Defendants to obtain medical authorizations for and records from any medical providers whom [Plaintiff Rasheem Buie] identified at his deposition and that were not previously disclosed[,]" and directed the parties to file by August 19, 2024 a joint letter (the "Letter") certifying the completion of fact discovery. (ECF No. 39 ¶¶ 2–3). The parties failed, however, to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **August 21, 2024**.

Dated:     New York, New York
              August 20, 2024

                                                           SO ORDERED.

                                                           _/s/ Sarah L. Cave_____
                                                           SARAH L. CAVE
                                                          **United States Magistrate Judge**